BEFORE THE SECOND DIVISION, APRIL 4, 1963

No. 67575.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 61/21368, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 8, 1963

No. 67576.—Castelazo & Associates v. United States, protest 61/6442 (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of canoe paddles of wood, the claim of the plaintiff was sustained.

No. 67577.—James Betesh Import Co. et al. v. United States, protests 62/12335, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.